UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Derek Reber, : | |
| : | Civil Action No.: 1:10-cv-02335-RBK-JS |
| Plaintiff, : | |
| v. : | |
| : | |
| Accounts Receivable Management, Inc.; and : | |
| DOES 1-10, inclusive, : | |
| : | |
| Defendant. : | |
| : | |

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO RULE 41(a)

Derek Reber ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 4, 2010

Respectfully submitted,

By: /s/ Jennifer Kurtz

Jennifer Kurtz, Esq.
Lemberg & Associates LLC
1100 Summer Street
Stamford, CT 06905
Phone: (732) 390-5262
Facsimile: (877) 795-3666
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 4, 2010, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of New Jersey Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By /s/ Jennifer Kurtz

                                           Jennifer Kurtz